ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 28 2019

JAMES N. HATTEN, Clerk
By: _CAM_ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | Criminal Indictment |
|---|---|
| v. | |
| KENNETH MASON | No. 1:19CR332 |

THE GRAND JURY CHARGES THAT:

On or about March 26, 2019, in the Northern District of Georgia, the defendant, Kenneth Mason, knowing that he was previously convicted of at least one of the following crimes, each punishable by imprisonment for a term exceeding one year:

- U.P.C.S with intent to sell and possessing firearm during felony, in the Criminal Court of Shelby County, Tennessee, on or about July 2011;
- Intent to evade arrest, in the Criminal Court of Shelby County, Tennessee, on or about April 2013;

did knowingly possess a firearm, that is, a Glock Model 43 9mm handgun, said possession being in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

## Forfeiture Provision

Upon conviction, the defendant, KENNETH MASON, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, all firearms and ammunition involved in and used in the offenses, including, but not limited to, the following:

> Glock Model 9mm handgun and six 9mm rounds of ammunition, seized from the defendant on March 26, 2019

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A ___TRUE___ BILL

_____
FOREPERSON

BYUNG J. PAK
  United States Attorney

NOAH R. SCHECHTMAN
  Assistant United States Attorney
Georgia Bar No. 937828

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

3